UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| AT&T CORP.,<br><br>                   Plaintiff,<br><br>v.<br><br>ELECTRONIC RETAILING SYSTEMS INTERNATIONAL, INC. d/b/a PRODUCTIVITY SOLUTIONS, INC.; SYSTEMS HOLDING, INC. and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown,<br><br>                   Defendants. | Civil Action No.3:03-cv-0736 SRU<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

It is hereby stipulated and agreed by and among the parties hereto that the above-referenced action be and is hereby dismissed with prejudice and without costs to any party.

**LOWENSTEIN SANDLER PC**

By: _____
Marcela A. De Paulis, Esq.
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500
Attorneys for Plaintiff
AT&T Corp.

Dated: February 9, 2004

**LAW OFFICES OF
STEVEN CERTILMAN**

By: _____
Steven Certilman, Esq.
350 Bedford Street, Suite 403
Stamford, CT 06901
(585) 327-5941
Attorneys for Defendants
Electronic Retailing Systems
International, Inc. d/b/a Productivity Solutions,
Inc. and Systems Holding, Inc.

Dated: February 3, 2004

12459/484
02/03/2004 1504948.01