03cv736 stip

GRANTED. The case is hereby dismissed with prejudice and without costs. The clerk is instructed to close the file. So ordered.

/s/ Stefan R. Underhill
United States District Judge
03/04/04

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT
# NEW HAVEN DIVISION

| | |
|---|---|
| AT&T CORP., <br><br> Plaintiff, <br><br> v. <br><br> ELECTRONIC RETAILING SYSTEMS INTERNATIONAL, INC. d/b/a PRODUCTIVITY SOLUTIONS, INC.; SYSTEMS HOLDING, INC. and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown, <br><br> Defendants. | Civil Action No.3:03-cv-0736 SRU <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and among the parties hereto that the above-referenced action be and is hereby dismissed with prejudice and without costs to any party.

**LOWENSTEIN SANDLER PC**

By: _____
Marcela A. De Paulis, Esq.
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500
Attorneys for Plaintiff
AT&T Corp.

Dated: February 9, 2004

**LAW OFFICES OF STEVEN CERTILMAN**

By: _____
Steven Certilman, Esq. ct 00969
350 Bedford Street, Suite 403
Stamford, CT 06901
(585) 327-5941
Attorneys for Defendants
Electronic Retailing Systems
International, Inc. d/b/a Productivity Solutions,
Inc. and Systems Holding, Inc.

Dated: February 3, 2004

1504948.01